# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:16-CR- 042-FDW |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| DORIO KINTA RICHARDSON | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal" (Document No. 213) filed October 7, 2016 by Defendant's attorney, Julia G. Mimms. Defendant seeks an order directing that the Defendant's "Unopposed Motion To Continue Sentencing" (Document No. 212) in this matter be sealed, based on the fact that the document contains sensitive and personal information pertaining to the Defendant. The Court finds that sealing is appropriate.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal" (Document No. 213) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendant's "Unopposed Motion To Continue Sentencing" (Document No. 212) be sealed pending further order of the Court.

**SO ORDERED**.

Signed: October 7, 2016

David C. Keesler
United States Magistrate Judge